# STATE OF NORTH CAROLINA

File No. **09 CV 004574**

DURHAM County

In The General Court of Justice
X District ☐ Superior Court Division

**Name And Address Of Plaintiff 1**
BULLHEAD INVESTMENTS, LLC
1315 Westbrook Plaza
WinstonSalem NC, 27103

**Name And Address Of Plaintiff 2**

FILED
2009 JUL -8 PM 2:32
DURHAM COUNTY C.S.C.
BY _____

# GENERAL CIVIL ACTION COVER SHEET

X INITIAL FILING ☐ SUBSEQUENT FILING

Rule 5(b), Rules of Practice for Superior and District Courts

**VERSUS**

**Name of Defendant 1**
ELAINE E JOHNSON
1 SEAGROVE CT
DURHAM NC 27703

**Summons Submitted** X Yes ☐ No

**Name of Defendant 2**

**Summons Submitted** X Yes ☐ No

**Name And Address of Attorney, or Party, If Not Represented** (complete for initial appearance or change of address)
Martin K. Harrison, Richard L. Jackson,
Karen Keller-Cuda, Richard P. Cook, Joel J. Humphries
Brock & Scott, PLLC 1315 Westbrook Plaza Dr.
Winston-Salem, NC 27103

**Telephone No.** 336-354-1797   **Cell Telephone No.**

**NC Attorney Bar No.**
MKH, 34812; RLJ, 30703
KKC, 37688; RPC 37614; JJH 36832

**Attorney E-mail Address**
Firstname.Lastname@brockandscott.com

X Initial Appearance in Case   ☐ Change of Address

**Name of Firm** Brock & Scott, PLLC
**FAX No.** 336-354-1588

**Counsel for**
X All Plaintiffs ☐ All Defendants ☐ Only (List party(ies) represented)

☐ Jury Demanded in Pleading
☐ Complex Litigation

☐ Amount in controversy does not exceed $15,000
☐ Stipulate to arbitration

## TYPE OF PLEADING
(check all that apply)

- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Answer/Reply (ANSW-Response)
- X Complaint (COMP)
- ☐ Confession of Judgment (CNFJ)
- ☐ Counterclaim vs. (CTCL)
  - ☐ All Plaintiff(s) ☐ Only (List on back)
- ☐ Crossclaim vs. (List on back) (CRSS)
- ☐ Extend Statute of Limitations, Rule 9 (ESOL)
- ☐ Extend Time for Answer (MEOT-Response)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Rule 12 Motion in Lieu Of Answer (MDLA)
- ☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL)
- ☐ Other (specify)

## CLAIM FOR RELIEF FOR:

- ☐ Administrative Appeal (ADMA)
- ☐ Appointment of Receiver (APRC)
- ☐ Attachment/Garnishment (ATTC)
- ☐ Claim and Delivery (CLMD)
- X Collection on Account (ACCT)
- ☐ Condemnation (CNDM)
- ☐ Contract (CNTR)
- ☐ Discovery Scheduling Order (DSCH)
- ☐ Injunction (INJU)
- ☐ Medical Malpractice (MDML)
- ☐ Minor Settlement (MSTL)
- ☐ Money Owed (MNYO)
- ☐ Negligence – Motor Vehicle (MVNG)
- ☐ Negligence – Other (NEGO)
- ☐ Motor Vehicle Lien G.S. 44A (MVLN)
- ☐ Limited Driving Privilege – Out-of-State Convictions (PLDP)
- ☐ Possession of Personal Property (POPP)
- ☐ Product Liability (PROD)
- ☐ Real Property (RLPR)
- ☐ Specific Performance (SPPR)
- ☐ Other: (specify)

NOTE: Small claims are exempt from cover sheets

**Date** 07/06/09   **Signature of Attorney/Party**

NOTE: The initial filing in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a cover sheet or the filing must comply with G.S. 7A-34.1.

AOC-CV-751, Rev. 10 01 © 2001 Administrative Office of the Courts   (Over)

| STATE OF NORTH CAROLINA | 85361  09 CV 004574  File No. |
|---|---|
| DURHAM County | In The General Court of Justice  X District ☐ Superior Court Division |

FILED  
DC 7/10/09  
2009 JUL -8 PM 2:32  
DURHAM COUNTY C.S.C.  
BY CM

**Name of Plaintiff**  
BULLHEAD INVESTMENTS, LLC  
**Address**  
1315 Westbrook Plaza  
**City, State, Zip**  
WinstonSalem NC, 27103  
**VERSUS**  
**Name of Defendant(s)**  
ELAINE E JOHNSON

## CIVIL SUMMONS

☐ Alias and Pluries Summons

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summon(es) Issued

To Each of The Defendant(s) Named Below:

| Name And Address of Defendant 1 | Name And Address of Defendant 2 |
|---|---|
| ELAINE E JOHNSON  1 SEAGROVE CT  DURHAM NC 27703   Chadbourner | 900 |

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address of Plaintiff's Attorney (If None, Address of Plaintiff)  Martin K. Harrison, Richard L. Jackson,  Karen Keller-Cuda, Richard P. Cook, Joel J. Humphries  Brock & Scott, PLLC  1315 Westbrook Plaza Dr. Winston-Salem, NC 27103 | Date Issued  JUL 0 8 2009 | Time  2:32 | ☐ AM ☒ PM |
|---|---|---|---|
| | Signature  CHRISTA GASTON  ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | | |

| ☐ ENDORSEMENT  This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature  ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | | |

NOTE TO PARTIES: Many Counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 10/01